UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN ROBERTS, | ) | No. ED CV 08-01590-VBK |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: August 12, 2009                    /s/
                                    VICTOR B. KENTON
                                    UNITED STATES MAGISTRATE JUDGE